## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA L. ROBINSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: **CV-04-0229-RP** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | | |

## FINAL JUDGMENT

In accordance with a memorandum opinion filed contemporaneously herewith, the Motion for Summary Judgment filed by defendant Speedway SuperAmerica LLC's on June 13, 2005 is granted. All claims against said defendant are dismissed with prejudice. Costs are assessed against the plaintiff.

This 22nd of July, 2005.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**