IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA L. ROBINSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: **CV-04-0229-RP** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After the court recently filed a Memorandum Opinion concerning Speedway SuperAmerica LLC's Motion for Summary Judgment, the court has noted the case of *Fortis Benefits Ins. Co. v. Pinkley*, 2005 WL 1793346 (Ala. January 29, 2005).[1] Obviously, the issues are not the same, but *Pinkley* carries with it a suggestion as to why Speedway SuperAmerica LLC should not be considered to have acted unreasonably in this case.

---

[1] In *Pinkley*, the Alabama Supreme Court stated:

> Stated more narrowly, the question is whether a life insurer that receives a change-of-beneficiary request form, regular on its face and executed by a person purporting to be the owner of the policy, has a duty to investigate the authenticity of the signature before paying death benefits under the policy to the person designated on the form as the primary beneficiary. We answer that question in the negative.

2005 WL 1793346 at *2.

This 2nd of August, 2005.

                                                    **ROBERT B. PROPST**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**